# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.                      : CASE NO: 2:07-MC-39
                              : MAGISTRATE JUDGE KING

**RICHARD D. SCHULTZ,**

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, Doc. No. 17, and for good cause shown,

**IT IS HEREBY ORDERED** that the May 14, 2012 Order for Judgment Debtor Examination, scheduled for June 19, 2012, be quashed.

Date: June 15, 2012

                                           *s/ Norah McCann King*
                                         UNITED STATES MAGISTRATE JUDGE